UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 18-03512-MFH |
| | : | |
| | : | CHAPTER: 11 |
| GREGORY KENT QUINN | : | |
|     Debtor | : | |
| CASCADE MORTGAGE FUNDING TRUST 2017-1, | : | |
|     Movant, | : | |
| | : | CONTESTED MATTER |
| vs. | : | |
| GREGORY KENT QUINN | : | |
|     Respondents. | : | |

AGREED ORDER ON MOTION FOR RELIEF
FROM AUTOMATIC STAY

Cascade Mortgage Funding Trust 2017-1, for itself, its successors and assigns (the "Movant"), filed a Motion for Relief from Automatic Stay (the "Motion") February 27, 2019, which was set for hearing on **March 26, 2019** (the "Hearing"). Movant seeks relief as to Debtor`s real property located in Wilson County, Tennessee, now or formerly known as 2371 BENDERS FERRY R, MOUNT JULIET, TN 37122 (the "Property"), as more particularly described in Exhibit "B" attached to the

Motion. Movant asserts that the Motion was properly served and hearing properly noticed. The parties reached an agreement as follows:

Debtor shall file a Chapter 11 Plan within 90 days of the entry of this Order. Should said Plan provide for a surrender of the Property, the automatic stay shall terminate upon the filing of said Plan.

Accordingly, by consent, it is hereby

**ORDERED** that:

The time frame for filing a Chapter 11 Plan shall be governed by Strict Compliance provisions (identified below as the "Delinquency Motion" procedure). Upon delinquency by Debtor in the timely filing of a Chapter 11 Plan as specified herein, Movant may be permitted to recover and dispose of the Property pursuant to applicable state law only after submitting a Delinquency Motion (as more particularly described below) in the following manner:

(A) Counsel for Movant shall serve the Debtor and Debtor`s counsel of record with written notice of the specific facts of the delinquency (the "**Delinquency Notice**"); said notice may be contained in a letter but shall

> (1) state that Debtor may cure the delinquency within ten (10) calendar days of receipt of said notice, and
>
> > (B) If Debtor fails to cure the delinquency within ten (10) days of receipt of said written notice, Counsel for Movant may file, after service on the Debtor and Debtor`s counsel.
>
> (1) **a motion,** which must contain allegations of the specific facts of the delinquency; provided, however, that, instead of alleging the facts of the delinquency in the motion (the averments of which are subject to Rule 9011), the motion may be accompanied by an affidavit **from Movant** setting forth the specific facts of the delinquency;
>
> (2) a copy of the **Delinquency Notice**; and

(3) **a proposed order** (the motion, affidavit, copy of the Delinquency Notice and the proposed order are herein collectively referred to as the "**Delinquency Motion**").

Upon filing of said Delinquency Motion, the Court may enter an order modifying the automatic stay without further notice or hearing.

Upon completion of any foreclosure sale by Movant, all proceeds exceeding Movant's lawful debt shall be remitted promptly to the Debtor in Possession.

This Order was Signed and Entered Electronically as Indicated at the Top of the First Page.

**[END OF DOCUMENT]**

Prepared and Submitted by:

/s/ Natalie Brown
Natalie Brown
TN BPR No. 022452
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor


Consented to by:

/s/ Joseph P. Rusnak
Joseph P. Rusnak, Esq.
TN BPR No. 012464
Tune Entrekin & White PC
315 Deaderick Street, Suite 1700
Nashville, TN 37238
615 244-2770
JRUSNAK@TEWLAWFIRM.com
Attorney for Debtor

DISTRIBUTION LIST

Gregory Kent Quinn
2371 Benders Ferry Road
Mount Juliet, TN 37122

Joseph P. Rusnak, Esq.
Tune Entrekin & White PC
315 Deaderick Street, Suite 1700
Nashville, TN 37238

Natalie Brown, Esq.
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

Case 3:18-bk-03512    Doc 56    Filed 03/25/19    Entered 03/25/19 09:55:19    Desc Main
Document      Page 4 of 4