**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREGORY KENT QUINN, | ) | Case No. 3:18-bk-03512 |
| (SSN XXX-XX-2060) | ) | (Chapter 11) |
| | ) | Judge Marian F. Harrison |
| Debtor-in-Possession. | ) | |

_____

**ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME
FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN,
COMBINED WITH NOTICE THEREOF**
_____

A disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by the debtor-in-possession, Gregory Kent Quinn (the "Debtor"), dated June 21, 2019 referring to a plan of reorganization under Chapter 11 of the Bankruptcy Code; and

This matter came before the Court on July 30, 2019 for hearing upon notice to determine whether the disclosure statement dated June 21, 2019, a copy of which is attached hereto, contains adequate information in compliance with Bankruptcy Code section 1125; and

The Court being advised by counsel for the Debtor that no objections had been filed to the disclosure statement and it appearing that no one appeared at the hearing to oppose or otherwise contest the adequacy of information in the disclosure statement dated June

21, 2019, a copy of which is attached hereto;

It is ORDERED, and notice is hereby given, that:

A.   The disclosure statement filed by the Debtor dated June 21, 2019 is approved.

B.   _____, 2019 is fixed as the last day for filing written acceptances or rejections of the plan referred to above.

C.   Within three (3) days after the entry of this Order, the plan of reorganization, the disclosure statement, and a ballot conforming to Official Form No. 314 shall be transmitted by mail to all creditors, equity security holders, and other parties in interest as provided in Bankruptcy Rule 3017(d).

D.   _____, 2019 is fixed for the hearing on confirmation of the plan, at _____ _.m., Courtroom Three, Customs House, 701 Broadway, Nashville, Tennessee.

E.   _____, 2019 is fixed as the last day for filing and serving pursuant to Bankruptcy Rule 3020(b)(1) written objections to confirmation of the plan.

IT IS SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE*

SUBMITTED AND APPROVED FOR ENTRY BY:

 /s/ Joseph P. Rusnak
Joseph P. Rusnak
**TUNE, ENTREKIN &WHITE, P.C.**
UBS Tower, Suite 1700
315 Deaderick Street
Nashville, TN 37238
(615) 244-2770 Voice
(615) 244-2778 Fax
Jrusnak@tewlawfirm.com

Attorneys for the Debtor-in-Possession


xc:    U. S. Trustee

*H:\JPRAssistant\JPR\Quinn\Plan\OrderApproveDisclStmt.wpd*

*Page 3 of 3*