IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 18-03512 |
| | ) | |
| GREGORY KENT QUINN, | ) | Chapter 11 |
|     DEBTOR. | ) | Judge Harrison |

## U.S. TRUSTEE'S MOTION TO DISMISS

The U.S. Trustee, Region 8, moves the Court for an order pursuant to 11 U.S.C. § 1112(b)(1) to dismiss this case. This motion is excluded from Local Rule 9013 and, pursuant to 11 U.S.C. § 1112(b)(3), the U.S. Trustee requests a hearing date no later than 30 days after the filing date of this motion. In support of this Motion, the U.S. Trustee asserts as follows:

1. This Court has jurisdiction to hear and determine this Motion pursuant to 28 U.S.C. § 157(b)(2)(A).

2. Pursuant to 28 U.S.C. § 586(a)(3)(G), the U.S. Trustee is charged with monitoring the progress of cases under the Bankruptcy Code and taking such actions as the U.S. Trustee deems appropriate to prevent undue delay in such progress. The U.S. Trustee has standing to be heard on this Motion to Dismiss pursuant to 11 U.S.C. § 307.

3. On May 24, 2018, Debtor filed a bankruptcy petition seeking relief under Chapter 11 of the Bankruptcy Code.

4. On October 10, 2019, Debtor confirmed a Chapter 11 Plan of Reorganization ("Plan"). [Docket Entry 48]. The Effective Date under the Plan is October 24, 2019.

5. The Plan (Section 5.01) required Debtor was to pay $150,000 to Cascade Funding Mortgage Trust 2017-1 on the Effective Date. Debtor's September Monthly Operating Report (Docket 92) reflects a balance of $1,579.71 and based on information and belief, Debtor has not paid Cascade Funding Mortgage Trust 2017-1. The monthly operating reports also reflect that

Debtor has not paid attorney's fees approved by the Court, which are administrative expenses that are required to be paid on the Effective Date under Article III of the Plan. *See* Plan at Docket Entry 89; Orders of Compensation at Docket Entries 38, 69.

6. A creditor or party in interest, including the U.S. Trustee, may bring a motion to convert or dismiss the case under § 1112(b) after the Plan is confirmed if there is a default in performing under the Plan. Section 1112(b)(1) of the Bankruptcy Code mandates that the bankruptcy court convert or dismiss a chapter 11 case, whichever is in the best interests of creditors and the estate, if the movant establishes cause. *In re V Companies,* 274 B.R. 721, 740 (Bankr. N.D. Ohio 2002). Section 1112(b)(4) of the Bankruptcy Code fails to define the term "cause," but provides a non-exclusive list of circumstances that constitute "cause" for conversion or dismissal. *In re Fall*, 405 B.R. 863, 867 (Bankr. N.D. Ohio 2009). Cause includes inability to effectuate substantial consummation of a confirmed plan. 11 U.S.C. § 1112(b)(4)(M).

7. Cause exists in this case because Debtor has failed to effectuate substantial consummation of his confirmed plan by failing to make payments required under the Plan on the Effective Date.

8. As there does not appear to be any unencumbered assets and a Chapter 11 Plan of Reorganization has been confirmed, dismissal appears to be in the best interest of creditors.

WHEREFORE, the U.S. Trustee respectfully requests that the Court enter an Order dismissing the case and any other relief as may be appropriate.

> Respectfully submitted,
>
> PAUL RANDOLPH,
> ACTING US TRUSTEE, REGION 8
>
> /s/ Megan Seliber
> Megan Seliber
> US Trustee's Office, Trial Attorney
> 318 Customs House, 701 Broadway
> Nashville, TN 37203
> (615) 695-4060; (615) 736-2260 (Fax)
> Megan.Seliber@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on October 25, 2019, a copy of the foregoing document was sent electronically to registered ECF users and by first class mail, postage prepaid, to the entities listed on the mailing matrix:

> /s/ Megan Seliber
> MEGAN SELIBER

| Label Matrix for local noticing<br>0650-3<br>Case 3:18-bk-03512<br>MIDDLE DISTRICT OF TENNESSEE<br>Nashville<br>Fri Oct 25 11:52:14 CDT 2019 | Cascade Funding Mortgage Trust<br>14841 Dallas Parkway Suite 300<br>Dallas, Tx 75254-7883 | Minchey's Landscaping & Garden Center,<br>10425 Lebanon Rd.<br>Mt. Juliet, TN 37122-5507 |
|---|---|---|
| PRA Receivables Management, LLC +<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 701 Broadway Room 170<br>Nashville, TN 37203-3979 | Bank of America<br>P. O. Box 15026<br>Wilmington DE 19850-5026 |
| Cascade Funding Mortgage Trust 2017-1<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | Cascade Mortgage Funding Trust 2017-1<br>c/o<br>Statebridge Company<br>5680 Greenwood Plaza Blvd.<br>Suite 100 S<br>Greenwood Village, CO 80111-2404 | SLS<br>8742 Lucent Boulevard<br>Suite 300<br>Highlands Ranch CO 80129-2386 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | US TRUSTEE +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 | Gregory Kent Quinn<br>2371 Benders Ferry Road<br>Mount Juliet, TN 37122-5422 |
| JOSEPH P RUSNAK +<br>TUNE ENTREKIN & WHITE PC<br>315 DEADERICK STREET STE 1700<br>NASHVILLE, TN 37238-1700 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Cascade Mortgage Funding Trust 2017-1 | (d)Minchey's Landscaping & Garden Center<br>10425 Lebanon Rd.<br>Mt. Juliet, TN 37122-5507 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
|---|---|---|

End of Label Matrix
Mailable recipients    12
Bypassed recipients     3
Total                  15