IN IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 18-03512 |
| | ) | |
| GREGORY KENT QUINN, | ) | Chapter 11 |
|       DEBTOR. | ) | Judge Harrison |

### ORDER AFTER HEARING ON U.S. TRUSTEE'S MOTION TO DISMISS

The U.S. Trustee's Motion to Dismiss under Section 112(b) (Docket Entry 93), Cascade Mortgage Funding's Joinder (Docket Entry 98) and Debtor's Response (Docket Entry 97) came before the Court for hearing on December 10, 2019, after numerous continuances. After hearing and considering all the evidence, the Court rules as set for below.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Cause exists for dismissal of Debtor's case pursuant to 11 U.S.C. § 1112(b).

2. However, the U.S. Trustee's Motion to Dismiss shall not be granted unless Debtor fails to file an affidavit stating that he is current on all payments due under the Plan. Payments due under Plan includes (a) the $150,000 payment due to creditor Cascade Mortgage Funding on the Effective Date, (b) all administrative expenses payable on the Effective Date, and (c) any other monthly payments due as of December 10, 2019.

2. Debtor's failure to comply with the provisions in paragraph 1 above shall entitle the U.S. Trustee to file a Notice of Noncompliance and submit an Order of Dismissal that shall automatically dismiss the case pursuant to 11 U.S.C. § 1112(b), without further notice or hearing by the Court.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE**

SUBMITTED FOR ENTRY:

PAUL RANDOLPH,
ACTING UNITED STATES TRUSTEE, REGION 8

/s/ Megan Seliber
Megan Seliber
Office of US Trustee
701 Broadway, Suite 318
Nashville, TN 37203
(615) 695-4060
Fax: (615) 736-2260
Email: megan.seliber@usdoj.gov